AO 91 (Rev. 02/09) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Joel PUGA<br><br>Defendant | Case No. B-17-893-MJ |

United States District Court
Southern District of Texas
**FILED**
NOV - 8 2017
David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of **November 7, 2017** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **18** U. S. C. § **554 and 371** an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: 1,000 rounds of .223 caliber ammunition.

This criminal complaint is based on these facts:

On November 7, 2017, United States Customs and Border Protection Officers (CBPOs) at Brownsville and Matamoros Port of Entry, Brownsville, TX, encountered Joel PUGA attempting to depart the United States driving a GMC Acadia. CBPOs conducted an outbound inspection of PUGA and PUGA gave a negative declaration for money, ammunition, and firearms. A secondary inspection of his vehicle revealed 10 boxes of .223caliber ammunition concealed under the third-row seat of the vehicle. Each box of .223caliber ammunition contained 100 rounds each for a total of 1000 rounds.

Homeland Security Special Agents interviewed PUGA and he admitted he was to deliver the ammunition to an individual in Matamoros, Tamaulipas, Mexico, for a payment of $200.00. PUGA stated that he has delivered ammunition to the same individual in Mexico on four (4) previous occasions and was paid approximately $100.00 each time. PUGA further stated that he knew it was illegal to take ammunition into Mexico and that he has never applied for a license to export ammunition to Mexico.

☐ Continued on the attached sheet

*Complainant's signature*

Sheila Kyle, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 8, 2017

City and state: Brownsville, Texas

*Judge's signature*

Ignacio Torteya, III, U.S. Magistrate Judge
*Printed name and title*